

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT
## OF MISSISSIPPI, EASTERN DIVISION

**BENJAMIN BROWN**                                             **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO.: 4:05cv179TSL-LRA**

**BLACKWATER CREEK**
**TREESTANDS, LLC AND**
**AMERICAN EQUITY INSURANCE COMPANY**                 **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

NOW, on this the 4th day of March, 2005, this matter comes on for consideration pursuant to Motion *ore tenus* of the parties herein for dismissal of the claims brought herein against Blackwater Creek Treestands, LLC, and American Equity Insurance Company. The Court is advised that the parties have reached a settlement agreement in this matter as is evidenced by the Settlement Agreement and Release signed by all parties and counsel hereto, and that the settlement as contemplated therein has been fully consummated by the parties hereto.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED**, that all claims brought, or which could have been brought herein against either Blackwater Creek Treestands, LLC, or American Equity Insurance Company are hereby dismissed with prejudice, each party to bear its own costs and fees.

SO ORDERED, this the 4th day of March, 2007.

                                                   **UNITED STATES DISTRICT COURT JUDGE**

{403025.RTF}

AGREED AS TO SUBSTANCE AND FORM:

*[signature]*
JAMES W. NOBLES, MSB #3873
ATTORNEY FOR PLAINTIFF, BENJAMIN BROWN

*[signature]*
WILLIAM GAULT, JR.
ATTORNEY FOR DEFENDANT, BLACKWATER CREEK

*[signature]*
ROECHELLE R. MORGAN, MSB #100621
WEBB, SANDERS, & WILLIAMS, P.L.L.C.
POST OFFICE BOX 496
363 NORTH BROADWAY
TUPELO, MS 38802
(601) 844-2137
COUNSEL FOR AMERICAN EQUITY INSURANCE COMPANY